LEONARD GINSBURG *vs.* ALBERT S. GROSS & another. November 8, 1956. Exceptions overruled. This is an action of tort for personal injuries and property damage incurred in a collision of automobiles. The jury returned verdicts for the defendants. The plaintiff alleges exceptions relating to the charge and to the denial of his motion for a new trial. The bill of exceptions, which lacks a statement that it contains all the material evidence, is fatally defective. *Irving* v. *Bonjorno*, 327 Mass. 516, 518. *Schnepel* v. *Kidd*, 332 Mass. 137, 138. In fact, it contains no statement at all of any evidence. The plaintiff has not satisfied the burden resting upon the excepting party to show error. *Posell* v. *Herscovitz*, 237 Mass. 513, 517. *Donahue* v. *Kenney*, 330 Mass. 9, 12.

*Edward M. Joyce*, for the plaintiff.

*Thomas F. Maher*, (*Samuel M. Flaksman* with him,) for the defendants.


CLARA M. FORD, individually and as administratrix *vs.* NEW ENGLAND TRUST COMPANY & another, executors, & another. November 8, 1956. Final decree affirmed, with costs of the appeal. This is a bill in equity seeking a decree to declare inoperative certain deeds given in 1901, and another given in 1931, and for an accounting of the proceeds of the sale of real estate in 1901, 1924, and 1950, or alternatively for the value of work and labor performed by the plaintiff's intestate, who was her husband, upon the real estate. The evidence is reported. It does not show to be wrong any of the findings of the trial judge as stated in the report of material facts and order for decree. These findings without regard to the issues of laches and election argued by the defendant First Parish Church in Dorchester required on each of several principles of law the final decree dismissing the bill.

*G. Harvey Hull*, for the plaintiffs.

*Arthur Gilman*, for the defendant The First Parish Church in Dorchester.